EDGAR J. QUILLEN *v.* WILLIAM P. HEARNE.

(*November* 6, 1935.)

LAYTON, C. J., HARRINGTON and RODNEY, J. J., sitting.

*Henry R. Isaacs* for plaintiff.

*Josiah Marvel, Jr.,* appeared specially for defendant.

Superior Court for New Castle County. Action on the case for negligence, No. 1, January Term, 1935.

LAYTON, C. J.:

The plaintiff's motion to amend is granted.